Darius BARRETT, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 427, 2016

Supreme Court of Delaware.

Submitted: March 1, 2017

Decided: March 2, 2017

Reargument Denied May 2, 2017

Court Below: Superior Court of the State of Delaware, Cr. ID. No. 1502014659A

AFFIRMED.